James CABACCANG
09186-112
USP ATWATER
P.O. Box 019001
ATWATER, CA. 95301


FILED
DISTRICT COURT OF GUAM
AUG 11 2008
JEANNE G. QUINATA
Clerk of Court

August 1, 2008

SUBJECT: REQUEST FOR AN EXTENSION ON OUR 2255 PETITION

TO: CLERK OF THE UNITED STATES DISTRICT COURT

FOR: THE HONORABLE FRANCES TYDINGCO-GATEWOOD

Your Honor,
    My name is James Cabaccang and I am house here in USP Atwater. I don't even know if this is the right procedure, but I have no other choice. I am sitting here in my prison cell composing this letter to this court and to your Honor begging for some assistance. I have a problem, but I'll get to that in a minute. I am currently writing three (3) 2255 Petition. One for myself, the other two for my brother's (Roy and Richard). I am asking this court and your Honor to grant my brother's and I a sixty (60) day extension. Our 2255 petition is due in your court no later than October 1st. Now for my problem. I am currently on Lock-Down. I've been Lock-Down now for 43 day's and counting. This whole institution (USP Atwater) has been on Lock-Down since June 20TH, that's the day one of their correction officer got killed. As of this letter writing, this institution is still on

Lock-down. During Lock-down, I have access to nothing. I'm lock in my cell 24 hour's a day. Due to this Lock-down, I need this extension due to the fact that I've lost precious time in preparation of mine and my brother's petition. The reason I'm writing this letter in pencil is that they took all my pen's during their shake-down. I also wrote a letter to Mr. John T. Gorman from the Federal Public Defender's Office asking him if he can ask the court for an extension for me and my brother's, even though he is no longer my attorney. Once again, I am begging this court and your Honor to please grant this extention. My brother's and I would greatly appreciate it. Thank you for your time in considering this request. Our docket number's are D.C. No. CR-97-00095-3-JSU and D.C. No. CR-97-00095-1-JSU.

Thank you,

James Cabaccang



JAMES CABACCANG
09186-112
UNITED STATES PENITENTIARY
P.O. BOX 019001
CA. 95301

7001 03F0 0005 8589 8528

CERTIFIED MAIL

RECEIVED
AUG 11 2008
CHIEF JUDGE'S CHAMBERS
DISTRICT COURT OF GUAM

CLERK OF THE DISTRICT COURT
ATTN: JUDGE F. TYDINGCO-GATEWOOD
U.S. DISTRICT COURT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGATNA, GUAM 96910